# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE HAGERMAN and SAMUAL HAGERMAN<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-06145-MRW<br><br>**ORDER GRANTING JOINT STIPULATION AND ORDER TO DISMISS CASE** |

# ORDER

The stipulation is approved. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: August 30, 2019

_____
Honorable Magistrate Judge
Michael R. Wilner